UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JOYCE SIMMONS,

    Petitioner,

vs.

UNITED STATES,

    Respondent.

No. C 15-4267 NJV (PR)

**ORDER OF DISMISSAL**

Petitioner, a federal prisoner incarcerated at F.C.I. Dublin, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. She has consented to the jurisdiction of a Magistrate Judge. (Doc. 5.) The court denied petitioner's motion to proceed in forma pauperis and ordered her to pay the filing fee within thirty days or the action would be dismissed. (Doc. 6.) The thirty days have passed and petitioner has not paid the filing fee. This case is therefore **DISMISSED** without prejudice and a certificate of appealability is **DENIED**. The clerk shall close the file and deny all pending motions.

    **IT IS SO ORDERED.**

Dated: November 23, 2015.

NANDOR J. VADAS
United States Magistrate Judge